497 A.2d 607

**WESTERN PENNSYLVANIA SOCIALIST WORKERS 1982 CAMPAIGN, Francis Farley, Mark Zola and Linda Nordquist, Petitioners,**

v.

**CONNECTICUT GENERAL LIFE INSURANCE COMPANY.**

Supreme Court of Pennsylvania.

June 18, 1985.

Petition for Allowance of Appeal GRANTED, 36 W.D. Appeal Docket 1985.